Max Psaty, Respondent, v. Fifth Avenue and 93rd Street Corporation and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 279.]

Follett Time Recording Company, Appellant, v. Edmund W. Parche, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Sadie Milch, Respondent, v. New York Life Insurance Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Primitivo Perez, Appellant, v. Office Realty Corporation, Respondent.— Orders affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Pietro diMauro and Another, as Administrators, etc., Appellants, v. Interborough News Company, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Howard Bohr, Respondent, v. Kensico Cemetery, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Grace Stanton, Respondent, v. Property Operating Corporation, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce the judgment as entered to the sum ·of $15,172.89; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Commissioner of Public Welfare of the City of New York, on Complaint of Emily Gillette, Respondent, v. Herman Nasta, Appellant.*— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Bessie E. Arnold, Appellant, v. Ray H. Arnold, Respondent.— Order affirmed. The bill of particulars to be served within ten days from service of order with notice of entry thereof. No opinion. · Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of Charles Cogut, Appellant, against Timothy A. Leary, as President Justice, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Commercial House and Window Cleaning Co., Inc., Appellant, v. " John " Awerkin (First Name Fictitious, etc.), as President, and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, upon the authority of Spanier Window Cleaning Co. v. Awerkin (225 App. Div. 735). Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Jennie Holt, Respondent, v. The Grand Temple of the Improved Benevolent and Protective Order of Daughters of Elks of the World, Appellant. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

* Appeal withdrawn, 251 N. Y. 593.